IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01053-CMA-KLM

FERNANDO L. GUTIERREZ,

      Plaintiff,

v.

DEPUTY GONZALES,
DEPUTY STURTAVANT,
LT. TOTH,
PUEBLO COUNTY SHERIFF'S OFFICE, and
PUEBLO COUNTY,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -3 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the Defendants. If unable to do so, the United States Marshal shall serve

a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R.

Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED:  June 3, 2009

BY THE COURT:

_Christine M Arguello_

_____

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-01053-CMA-KLM

Fernando L. Gutierrez
Prisoner No. 108809
Pueblo County Sheriff's Office
909 Court Street
Pueblo, CO 81003

US Marshal Service
Service Clerk
Service forms for: Deputy Gonzales, Deputy Sturtavant,
Lt. Toth, Pueblo County Sheriff's Office, and Pueblo County

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Deputy Gonzales, Deputy Sturtavant, Lt. Toth, Pueblo County Sheriff's Office, and Pueblo County: COMPLAINT FILED 5/06/09, SUMMONS,  AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 6/3/09  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk