## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 09-cv-01053-CMA-KLM

FERNANDO L. GUTIERREZ,

    Plaintiff,

v.

DEPUTY GONZALES,
DEPUTY STURTAVANT,
LT. TOTH,
KIRK M. TAYLOR, PUEBLO COUNTY SHERIFF,
PUEBLO COUNTY SHERIFF'S OFFICE, and
BOARD OF COUNTY COMMISSIONER OF PUEBLO COUNTY,

    Defendants.

## ORDER GRANTING DISMISSAL OF PARTY DEFENDANTS

This matter is before the Court on the parties' Stipulated Motion To Dismiss Claims Against Certain Defendants With Prejudice (Doc. # 38).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendants Lt. Paul Toth, Sheriff Kirk M. Taylor, Pueblo County Sheriff's Office and Board of County Commissioners of Pueblo County are hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his or its own costs and fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Lt. Toth, Sheriff Taylor, the Pueblo County Sheriff's Office and the Board of County Commissioners of Pueblo County as Defendants in this case.

DATED: August   27  , 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge