IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01053-CMA-KLM

FERNANDO L. GUTIERREZ,

    Plaintiff,

v.

DEPUTY GONZALES, and
DEPUTY STURTAVANT,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Defendants' **Unopposed Motion to Modify the Scheduling Order** [Docket No. 48; Filed October 13, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  All interrogatories, requests for production of documents and requests for admissions must be propounded on or before **February 24, 2010**.

Dated:  October 13, 2009