**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01053-CMA-KLM

FERNANDO L. GUTIERREZ,

     Plaintiff,

v.

DEPUTY GONZALES, and
DEPUTY STURTAVANT,

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

     This Court, having reviewed the parties' Stipulated Motion To Dismiss With

Prejudice (Doc. # 55), and being fully advised, does hereby

     ORDER that Plaintiff's claims and this case are DISMISSED WITH PREJUDICE,

each party to pay his own costs and fees.

     DATED:  February __02__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge